[No. 7358.]

## HEALY V. CITY OF DELTA.

MUNICIPAL CORPORATIONS—*How Far May Exercise the Power of Eminent Domain.* A municipal corporation may exercise the power of eminent domain only so far as expressly conferred; and all constitutional and statutory conditions and limitations must be strictly pursued.

No statute authorizes the condemnation of a public stream as a conduit for municipal sewage.

*Appeal. from Delta District Court.* HON SPRIGG SHACKLE-FORD, Judge.

*En banc.*

Messrs. SHERMAN, MOYNIHAN & SHERMAN, for appellant.

Messrs. I. N. STEVENS, G. Q. RICHMOND, C. A. PRENTICE, *amici curiae.*

No appearance for appellee.

Opinion by Mr. Justice TELLER.

In this cause the City of Delta, by proceedings under the Eminent Domain act, obtained a judgment giving it a strip of land belonging to the plaintiff in error, and constituting a part of the bed of the Uncompahgre River, with the right to use said river for the conveyance of the city's sewage.

It is assigned as error that the court was without juris-
diction to enter the judgment which in effect condemns the
waters of the river, and makes it a part of the sewer system.
This is the only question necessary to be considered.   Mun-
icipal corporations can exercise the right of eminent domain
only to the extent to which the power has been conferred
upon them by statute.

"Not only must the authority to municipal corporations,
or other legislative agents, to take private property, be
expressly conferred, and the use for which it is taken speci-
fied, but the power, with all constitutional and statutory lim-
itations and directions for its exercise, must be strictly pur-
sued."   Dillon Mun. Corps. 5th Ed. sec. 1040.   See also,
Lewis on Eminent Domain, sec. 240.   *Allen v. Jones,* 47 Ind.
438.

The statutes of the state grant to municipal corpora-
tions authority to condemn land for streets, and for other
purposes, including the right of way for sewers, but we find
no statute which provides for their condemning a public
stream for the purpose of making it a part of a sewer
system.

There being no statutory authority for the proceeding
the judgment is invalid.

Judgment is reversed, with directions to dismiss the
cause.